**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| FARBOD YARMOHAMMADI ET AL., | * | |
| Plaintiffs, | * | |
| v. | * | Civil No. 24-2952-BAH |
| ANTONY BLINKEN ET AL., | * | |
| Defendants. | * | |

* * * * * * * * * * * * * *

**ORDER**

For the reasons stated on the record at the preliminary injunction hearing on January 15, 2025, and at the continued telephonic hearing today, January 17, 2025, it is this 17th day of January 2025, ORDERED that:

(1) Plaintiffs' motion for preliminary injunction, ECF 11, is GRANTED IN PART AND DENIED IN PART;

(2) The motion is DENIED as to Plaintiffs Farbod Yarmohammadi, Vesal Ahsani, Reza Eslamipoor, Farbod Khosro Anjom, Camellia Enjir Gholiankordi, and Padideh Naderi Asrami;

(3) The motion is GRANTED as to Plaintiffs Kaveh Teymournejad and Zahra Farasat;

(4) Defendants, directly and through their designees, shall undertake good faith efforts within their control to expeditiously process and adjudicate Plaintiff Zahra Farasat's visa application, Case No. ABD2017749004, by close of business in the location of the embassy on Thursday, January 23, 2025;

(5) This order rests on Plaintiff Farasat's commitment to provide all requested items and information, including providing visa photos and her physical passport to the embassy on the morning of January 19, 2025; and

(6) The parties are to provide a joint status report by noon on Wednesday, January 22, 2025, updating the Court as to the status of the adjudication process, including whether the visa photos and passport have been delivered to the embassy and the status of the medical exam.

/s/

Brendan A. Hurson
United States District Judge